

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00322-CR

Jonathan David **FLOYD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 619928
Honorable Timothy Johnson, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND CHIEF JUSTICE MARION (RET.)[1]

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 2, 2023.

_____
Beth Watkins, Justice

---

[1] The Honorable Sandee Bryan Marion, Chief Justice (Ret.) of the Fourth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.